(Official Form 1) (9/01)

| FORM B1 | **United States Bankruptcy Court**<br>District of Nevada | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Guardian Security Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**45-0472762** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3100 S Valley View Blvd**<br>**Las Vegas, NV 89102** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Clark** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**3100 S Valley View Blvd**<br>**Las Vegas, NV 89102** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7        ■ Chapter 11        ☐ Chapter 13 | |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9        ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business        ■ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(c) (Optional) | |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there<br>will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/01)                                                                                                                                11/02/04  9:57AM

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Guardian Security Inc.** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X *Matthew L. Johnson* _____
Signature of Attorney for Debtor(s)

**Matthew L. Johnson, Esq. (6004)**
Printed Name of Attorney for Debtor(s)

**LAVELLE & JOHNSON, P.C.**
Firm Name

**3016 W. Charleston Blvd., Suite 210
Las Vegas, NV 89102**
Address

**Phone: (702) 822-2640  Fax: (702) 822-2650**
Telephone Number

**November  2, 2004**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Raul Diaz**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November  2, 2004**
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
### District of Nevada

In re    Guardian Security Inc.

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Arco Gas Pro<br>PO Box 9033<br>Carlsbad, CA 92018 | Arco Gas Pro<br>PO Box 9033<br>Carlsbad, CA 92018 | Fuel account | | 6,500.00 |
| Berkley Regional Insurance<br>PO Box 939<br>Pierre, SD 57501 | Berkley Regional Insurance<br>PO Box 939<br>Pierre, SD 57501 | Worker's compensation insurance | | 14,303.00 |
| Chevron<br>P.O. Box 2001<br>Concord, CA 94529-0001 | Chevron<br>P.O. Box 2001<br>Concord, CA 94529-0001 | Gas card | | 2,019.00 |
| DeSutter, Kerr & Associates<br>5114 Okeechobee Blvd # 109<br>West Palm Beach, FL 33417 | DeSutter, Kerr & Associates<br>5114 Okeechobee Blvd # 109<br>West Palm Beach, FL 33417 | Proposal consultant and contract preparation | | 5,000.00 |
| Employment Development Dept -<br>CA<br>Sacramento, CA 94230 | Employment Development Dept -<br>CA<br>Sacramento, CA 94230 | | | 5,995.00 |

11/02/04 12:27PM

In re    **Guardian Security Inc.**                                           Case No. _____

                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Employment Security Division<br>Las Vegas, NV | Employment Security Division<br>Las Vegas, NV | | | 17,237.00 |
| Enterprise Fleet Service<br>8290 S Arville<br>Las Vegas, NV 89139 | Enterprise Fleet Service<br>8290 S Arville<br>Las Vegas, NV 89139 | Multiple auto leases | | 28,900.00 |
| Frontier Radios<br>Las Vegas, NV 89109 | Frontier Radios<br>Las Vegas, NV 89109 | Radio antenna | | 3,420.00 |
| GC Services Limited Partnership<br>PO Box 7850<br>Baldwin Park, CA 91706 | GC Services Limited Partnership<br>PO Box 7850<br>Baldwin Park, CA 91706 | Cellular carrier | | 2,000.00 |
| Internal Revenue Service<br>Ogden, UT 84201 | Internal Revenue Service<br>Ogden, UT 84201 | 941 taxes | Unliquidated | 1,700,000.00 |
| Littler Mendelson<br>PO Box 45547<br>San Francisco, CA 94145-0547 | Littler Mendelson<br>PO Box 45547<br>San Francisco, CA 94145-0547 | Attorney's fees | | 4,500.00 |

In re    **Guardian Security Inc.**                                                    Case No. _____

_____
Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nuvell Credit Corp<br>PO Box 2365<br>Memphis, TN 38101 | Nuvell Credit Corp<br>PO Box 2365<br>Memphis, TN 38101 | 2003 Chevy S-10 | | 11,939.00<br><br>(9,000.00 secured.) |
| Premium Financial<br>1115 E Westvieww Court #104<br>Spokane, WA 99218 | Premium Financial<br>1115 E Westvieww Court #104<br>Spokane, WA 99218 | Liability insurance | | 5,000.00 |
| Primus Financial<br>PO Box 680020<br>Franklin, TN 37068 | Primus Financial<br>PO Box 680020<br>Franklin, TN 37068 | 2003 Chevy Malibu | | 12,600.00<br><br>(10,000.00 secured.) |
| Primus Financial<br>PO Box 680020<br>Franklin, TN 37068 | Primus Financial<br>PO Box 680020<br>Franklin, TN 37068 | Chevy S-10 | | 13,722.23<br><br>(13,000.00 secured.) |
| Richard Bouldin<br>5700 Sligo St<br>Las Vegas, NV 89130 | Richard Bouldin<br>5700 Sligo St<br>Las Vegas, NV 89130 | Loan to business | | 25,839.00 |
| SBC<br>PO Box 989045<br>West Sacramento, CA 95798 | SBC<br>PO Box 989045<br>West Sacramento, CA 95798 | Reno, NV phone service | | 1,019.00 |

In re    **Guardian Security Inc**                                          Case No. _____

_____
                        Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Shell<br>PO BOX 790071<br>Houston, TX 77279-0071 | Shell<br>PO BOX 790071<br>Houston, TX 77279-0071 | gas card | | 1,900.00 |
| Sprint PCS<br>PO Box 79357<br>City Of Industry, CA 91716-9255 | Sprint PCS<br>PO Box 79357<br>City Of Industry, CA 91716-9255 | Cell phone | | 5,879.00 |
| Triad Financial<br>PO Box 3299<br>Huntington Beach, CA 92605-3299 | Triad Financial<br>PO Box 3299<br>Huntington Beach, CA 92605-3299 | 2003 Chevy S-10 | | 12,500.00<br><br>(9,000.00 secured.) |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date___**November  2, 2004**_____          Signature_____
                                                                                      Raul Diaz
                                                                                      President

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re    **Guardian Security Inc.**

Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 69,300.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 169,782.86 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 1,723,232.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 107,274.80 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 69,300.00 | | |
| Total Liabilities | | | | 2,000,289.66 | |

In re    **Guardian Security Inc.**

Debtor

Case No. _____

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Guardian Security Inc.**                                    Case No. _____

_____
                Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **General Account # 0612014012** | - | 0.00 |
| | | | **Payroll Account # 0612014004** | - | 0.00 |
| | | | **General Account - Reno, NV # 0612014020** | - | 0.00 |
| | | | **Nevada State Bank Checking Account** | - | 0.00 |
| | | | **Wells Fargo Bank PO Box 6995 Portland, OR 97228 Account No 97228** | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with landlord for 3100 S Valley View Blvd** | - | Unknown |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Uniforms** | - | 2,000.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

                                                              Sub-Total >        **2,000.00**
                                                         (Total of this page)

**3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Guardian Security Inc.**                                                    Case No. _____
_____
                              Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | | **Security Service contracts $370,000 monthly** | - | **Unknown** |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Guardian Security Inc.**                                            Case No. _____
_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 Chevy Corsica | - | 800.00 |
| | | 1996 Chevy Blazer | - | 500.00 |
| | | 2003 Chevy S-10 | - | 12,500.00 |
| | | 2003 Chevy Malibu | - | 10,000.00 |
| | | 2003 Chevy S-10 | - | 12,500.00 |
| | | 2003 Chevy S-10 | - | 12,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | 3 Copy Machines - $2,100 Office Furniture - $7,500 Computer Equipment - $900 46 Two Way Radios - $8,000 | - | 18,500.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |

Sub-Total >   **67,300.00**
(Total of this page)

Sheet  __2__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

In re   **Guardian Security Inc.**                                           Case No. _____

_____
                          Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 69,300.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Guardian Security Inc.**

Case No. _____

_____
Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **223778** | | | | Unknown | | | | | |
| **Enterprise Fleet Service** **8290 S. Arville** **Las Vegas, NV 89139** | | | | Vehicle Lease Unit No.: NX1334 | | | | | |
| | | | | Value $         **Unknown** | | | | 1,132.77 | Unknown |
| Account No. **223778** | | | | Unknown | | | | | |
| **Enterprise Fleet Service** **8290 S. Arville** **Las Vegas, NV 89139** | | | | Vehicle Lease Unit No.: NX1368 | | | | | |
| | | | | Value $         **Unknown** | | | | 1,737.96 | Unknown |
| Account No. **223778** | | | | Unknown | | | | | |
| **Enterprise Fleet Service** **8290 S. Arville** **Las Vegas, NV 89139** | | | | Vehicle Lease Unit No.: QB8920 | | | | | |
| | | | | Value $         **Unknown** | | | | 9,994.33 | Unknown |
| Account No. **223778** | | | | Unknown | | | | | |
| **Enterprise Fleet Service** **8290 S. Arville** **Las Vegas, NV 89139** | | | | Vehicle Lease Unit No.: QB8921 | | | | | |
| | | | | Value $         **Unknown** | | | | 9,990.09 | Unknown |

**3**   continuation sheets attached

Subtotal
(Total of this page)

22,855.15

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Guardian Security Inc.**                                   Case No. _____
                                                    Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **223778**<br><br>Enterprise Fleet Service<br>8290 S. Arville<br>Las Vegas, NV 89139 | | | Unknown<br><br>Vehicle Lease<br><br>Unit No.: QB8922<br><br>Value $ **Unknown** | | | | 9,994.33 | Unknown |
| Account No. **223778**<br><br>Enterprise Fleet Service<br>8290 S. Arville<br>Las Vegas, NV 89139 | | | Unknown<br><br>Vehicle Lease<br><br>Unit No.: QB8923<br><br>Value $ **Unknown** | | | | 10,025.43 | Unknown |
| Account No. **223778**<br><br>Enterprise Fleet Service<br>8290 S. Arville<br>Las Vegas, NV 89139 | | | Unknown<br><br>Vehicle Lease<br><br>Unit No.: QB8924<br><br>Value $ **Unknown** | | | | 10,025.43 | Unknown |
| Account No. **223778**<br><br>Enterprise Fleet Service<br>8290 S. Arville<br>Las Vegas, NV 89139 | | | Unknown<br><br>Vehicle Lease<br><br>Unit No.: QC9002<br><br>Value $ **Unknown** | | | | 8,319.12 | Unknown |
| Account No. **223778**<br><br>Enterprise Fleet Service<br>8290 S. Arville<br>Las Vegas, NV 89139 | | | Unknown<br><br>Vehicle Lease<br><br>Unit No.: QC9003<br><br>Value $ **Unknown** | | | | 8,225.55 | Unknown |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    46,589.86

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Guardian Security Inc.**                                             Case No. _____
                                    Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **223778** | | | | | Unknown | | | | | |
| **Enterprise Fleet Service** **8290 S. Arville** **Las Vegas, NV 89139** | | | | | Vehicle Lease Unit No.: QC9004 | | | | | |
| | | | | | Value $        Unknown | | | | 8,225.55 | Unknown |
| Account No. **223778** | | | | | Unknown | | | | | |
| **Enterprise Fleet Service** **8290 S. Arville** **Las Vegas, NV 89139** | | | | | Vehicle Lease Unit No.: QC9006 | | | | | |
| | | | | | Value $        Unknown | | | | 8,225.55 | Unknown |
| Account No. **223778** | | | | | Unknown | | | | | |
| **Enterprise Fleet Service** **8290 S. Arville** **Las Vegas, NV 89139** | | | | | Vehicle Lease Unit No.: QC9007 | | | | | |
| | | | | | Value $        Unknown | | | | 8,269.21 | Unknown |
| Account No. **223778** | | | | | Unknown | | | | | |
| **Enterprise Fleet Service** **8290 S. Arville** **Las Vegas, NV 89139** | | | | | Vehicle Lease Unit No.: QC9008 | | | | | |
| | | | | | Value $        Unknown | | | | 8,271.78 | Unknown |
| Account No. **223778** | | | | | Unknown | | | | | |
| **Enterprise Fleet Service** **8290 S. Arville** **Las Vegas, NV 89139** | | | | | Vehicle Lease Unit No.: QC9009 | | | | | |
| | | | | | Value $        Unknown | | | | 8,278.71 | Unknown |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                                          41,270.80

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Guardian Security Inc.**                                    Case No. _____

_____
                          Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **223778** <br><br> **Enterprise Fleet Service** <br> **8290 S. Arville** <br> **Las Vegas, NV 89139** | | - | **Unknown** <br><br> **Vehicle Lease** <br><br> **Unit No.: QC9010** <br><br> Value $           **Unknown** | | | | <br><br><br><br> 8,305.82 | <br><br><br><br> **Unknown** |
| Account No. **033300206555** <br><br> **Nuvell Credit Corp** <br> **PO Box 2365** <br> **Memphis, TN 38101** | | - | **Auto loan** <br><br> **2003 Chevy S-10** <br><br> Value $           **9,000.00** | | | | <br><br><br><br> 11,939.00 | <br><br><br><br> 2,939.00 |
| Account No. **35585805** <br><br> **Primus Financial** <br> **PO Box 680020** <br> **Franklin, TN 37068** | | - | **Auto loan** <br><br> **Chevy S-10** <br><br> Value $           **13,000.00** | | | | <br><br><br><br> 13,722.23 | <br><br><br><br> 722.23 |
| Account No. **35585620** <br><br> **Primus Financial** <br> **PO Box 680020** <br> **Franklin, TN 37068** | | - | **Auto Loan** <br><br> **2003 Chevy Malibu** <br><br> Value $           **10,000.00** | | | | <br><br><br><br> 12,600.00 | <br><br><br><br> 2,600.00 |
| Account No. **400-001-5201280-0001** <br><br> **Triad Financial** <br> **PO Box 3299** <br> **Huntington Beach, CA 92605-3299** | | - | **Auto loan** <br><br> **2003 Chevy S-10** <br><br> Value $           **9,000.00** | | | | <br><br><br><br> 12,500.00 | <br><br><br><br> 3,500.00 |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  |  |
|---|---|
| Subtotal (Total of this page) | 59,067.05 |
| Total (Report on Summary of Schedules) | 169,782.86 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Guardian Security Inc.**                                                     Case No. _____

_____
                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

In re    **Guardian Security Inc.**                                                     Case No. _____
                                                        Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | | |
| Account No. **231-8603-4** <br><br>**Employment Development Dept - CA** <br>**Sacramento, CA 94230** | | | | **3rd quarter 2004** | | | | 5,995.00 | Unknown |
| Account No. **206791.00** <br><br>**Employment Security Division** <br>**Las Vegas, NV** | | | | **3rd Quarter 2004** | | | | 17,237.00 | Unknown |
| Account No. **45-0472762** <br><br>**Internal Revenue Service** <br>**Ogden, UT 84201** | | | | **Multiple dates** <br><br>**941 taxes** | X | | | 1,700,000.00 | 1,700,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal <br>(Total of this page) | 1,723,232.00 |
| | Total <br>(Report on Summary of Schedules) | 1,723,232.00 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Guardian Security Inc.**                                      Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 210983657 | | | Fuel account | | | | |
| Arco Gas Pro<br>PO Box 9033<br>Carlsbad, CA 92018 | - | | | | | | 6,500.00 |
| Account No. | | | Worker's compensation insurance | | | | |
| Berkley Regional Insurance<br>PO Box 939<br>Pierre, SD 57501 | - | | | | | | 14,303.00 |
| Account No. 797-199-289-1 | | | revolving<br>Gas card | | | | |
| Chevron<br>P.O. Box 2001<br>Concord, CA 94529-0001 | - | | | | | | 2,019.00 |
| Account No. | | | Proposal consultant and contract preparation | | | | |
| DeSutter, Kerr & Associates<br>5114 Okeechobee Blvd # 109<br>West Palm Beach, FL 33417 | - | | | | | | 5,000.00 |
| _3_ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | 27,822.00 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          S/N:28002-021205    Best Case Bankruptcy

In re   **Guardian Security Inc.**
_____
                    Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 210983657<br><br>Arco Gas Pro<br>PO Box 9033<br>Carlsbad, CA 92018 | | - | | | Fuel account | | | | 6,500.00 |
| Account No.<br><br>Berkley Regional Insurance<br>PO Box 939<br>Pierre, SD 57501 | | - | | | Worker's compensation insurance | | | | 14,303.00 |
| Account No. 797-199-289-1<br><br>Chevron<br>P.O. Box 2001<br>Concord, CA 94529-0001 | | - | | | revolving<br>Gas card | | | | 2,019.00 |
| Account No.<br><br>DeSutter, Kerr & Associates<br>5114 Okeechobee Blvd # 109<br>West Palm Beach, FL 33417 | | - | | | Proposal consultant and contract preparation | | | | 5,000.00 |
| __3__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 27,822.00 |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

S/N:28002-021208   Best Case Bankruptcy

In re   **Guardian Security Inc.**                                          Case No. _____

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. 27365 <br><br>**Frontier Radios**<br>**Las Vegas, NV 89109** | - | | Radio antenna | | | | 3,420.00 |
| Account No. 920567311 <br><br>**GC Services Limited Partnership**<br>**PO Box 7850**<br>**Baldwin Park, CA 91706** | - | | Cellular carrier | | | | 2,000.00 |
| Account No. 046726-1002 <br><br>**Littler Mendelson**<br>**PO Box 45547**<br>**San Francisco, CA 94145-0547** | - | | Attorney's fees | | | | 4,500.00 |
| Account No. <br><br>**M Power Communications**<br>**Las Vegas, NV 89133** | - | | Phone service | | | | 295.80 |
| Account No. <br><br>**NV Power**<br>**Las Vegas, NV** | - | | Power | | | | 700.00 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,915.80**

In re    **Guardian Security Inc.**                                                    Case No. _____
_____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Premium Financial**<br>**1115 E Westvieww Court #104**<br>**Spokane, WA 99218** | | - | **Liability Insurance** | | | | **5,000.00** |
| Account No.<br><br>**Richard Bouldin**<br>**5700 Sligo St**<br>**Las Vegas, NV 89130** | | - | **October 29, 2004**<br>**Loan to business** | | | | **25,839.00** |
| Account No.<br><br>**SBC**<br>**PO Box 989045**<br>**West Sacramento, CA 95798** | | - | **Reno, NV phone service** | | | | **1,019.00** |
| Account No. **652-565-250**<br><br>**Shell**<br>**PO BOX 790071**<br>**Houston, TX 77279-0071** | | - | **Revolving**<br>**Gas card** | | | | **1,900.00** |
| Account No. **0165838547-4**<br><br>**Sprint PCS**<br>**PO Box 79357**<br>**City Of Industry, CA 91716-9255** | | - | **Cell phone** | | | | **5,879.00** |

Sheet no. __**2**__ of __**3**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **39,637.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL   (800) 492-8037                                    Best Case Bankruptcy

In re   **Guardian Security Inc.**                                          Case No. _____
                                                                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. _____ <br><br> **United States Department of Labor** <br> **71 Stevenson Street, Suite 1110** <br> **San Francisco, CA 94105-2999** | X | - | | | **Lawsuit - Trial pending 2005** | X | | X | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __**3**__ of __**3**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Total (Report on Summary of Schedules)  **78,374.80**

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Guardian Security Inc.**                                                    Case No. _____
_____
                            Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **A-1 Security**<br>**917 S. 1st Street**<br>**Las Vegas, NV 89101** | **Contract to provide security services.** |
| **Absolute Secutiry System**<br>**7235 Bermuda**<br>**Suite B**<br>**Las Vegas, NV 89123** | **Contract to provide security services.** |
| **Addison Construction**<br>**5685 S Cameron**<br>**Las Vegas, NV 89119** | **Contract to provide security services.** |
| **ADI**<br>**695 Vista Blvd**<br>**Sparks, NV 89434** | **Contract to provide security services.** |
| **Advanta Bank Corp**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101** | **Office furniture lease.  Expires October 2006** |
| **Alarm Financial Services**<br>**PO Box 2532**<br>**San Anselmo, CA 94979** | **Contract to provide security services.** |
| **All Secure Inc**<br>**3904 Wharton St**<br>**Las Vegas, NV 89130** | **Contract to provide security services.** |
| **Ashton Park H&L Management**<br>**720 S Fourth St**<br>**Las Vegas, NV 89101** | **Contract to provide security services.** |
| **Auto Zone Dept 8192**<br>**PO Box 2198**<br>**Memphis, TN 38101** | **Contract to provide security services.** |
| **Bishop Manogue Catholic Church**<br>**110 Bishop Manogue Drive**<br>**Reno, NV 89511** | **Contract to provide security services.** |
| **Blue Berry Hill Family Restaurant**<br>**1280 S Decatur**<br>**Las Vegas, NV 89102** | **Contract to provide security services.** |

**5**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Guardian Security Inc.**                                                    Case No. _____
_____
                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Brantley Inc<br>2805 Jeffrey Pine St<br>Las Vegas, NV 89108 | Contract to provide security services. |
| Bureau of Reclamation<br>PO Box 61470<br>Boulder City, NV 89006 | Contract to provide security services. |
| Carmelta Court Trailer Park<br>1300 W Second St<br>Reno, NV 89502 | Contract to provide security services. |
| City of North Las Vegas<br>4025 Allen Lane<br>North Las Vegas, NV 89032 | Contract to provide security services. |
| City of North Las Vegas<br>2829 Fort SUmptor Dr<br>North Las Vegas, NV 89030 | Contract to provide security services. |
| City of North Las Vegas Parks and Rec<br>2829 Fort Sumptor<br>North Las Vegas, NV 89032 | Contract to provide security services. |
| Clark County Water Reclamation<br>5857 E Flamingo<br>Las Vegas, NV 89122 | Contract to provide security services. |
| Club Ambassador Homes<br>6402 Mae Ann Ave<br>Reno, NV 89523 | Contract to provide security services. |
| Crime Busters of Nevada<br>840 S Rancho St 4-329<br>Las Vegas, NV 89106 | Contract to provide security services. |
| Double Diamond Ranch<br>800 S Meadows Pkwy, Ste 800<br>Reno, NV 89521 | Contract to provide security services. |
| Ed Adobe<br>825 N Lamb Blvd<br>Las Vegas, NV 89110 | Contract to provide security services. |
| Ed Morimoto<br>PO Box 44<br>Los Gatos, CA 95031 | Contract to provide security services. |
| Enterprise Fleet Service<br>8290 S Arville<br>Las Vegas, NV 89139 | Vehicle leases.  Contracts expire August 2005 |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re    **Guardian Security Inc.**                                          Case No. _____
_____
                                  Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **FAA Oakland Airport**<br>**PO Box 92007**<br>**Los Angeles, CA 90009** | **Contract to provide security services.** |
| **Fertita Enterprises**<br>**PO Box 27555**<br>**Las Vegas, NV 89126** | **Contract to provide security services.** |
| **Fluer De Lis**<br>**9900 Wilbur May Pkwy**<br>**Reno, NV 89521** | **Contract to provide security services.** |
| **Frontier Radio**<br>**270 East Pamalyn Ave**<br>**Suite 800**<br>**Las Vegas, NV 89119** | **Radio airtime.  Contract expires July 2005** |
| **Granite Construction**<br>**495 E Sahara Ave**<br>**Las Vegas, NV 89104** | **Contract to provide security services.** |
| **Greyhound Lines**<br>**155 Stevenson**<br>**Reno, NV 89503** | **Contract to provide security services.** |
| **Housing Authority, City of Las Vegas**<br>**1632 Yale St**<br>**North Las Vegas, NV 89030** | **Contract to provide security services.** |
| **In & Out Burger**<br>**5759 Rickenbacher Rd**<br>**Los Angeles, CA 90040** | **Contract to provide security services.** |
| **J&L Enterprises**<br>**2211 N Rampart Ste 121**<br>**Las Vegas, NV 89128** | **Contract to provide security services.** |
| **Knight Security Center**<br>**7345 Varia Ave**<br>**North Hollywood, CA 91605** | **Contract to provide security services.** |
| **L&B Trucking**<br>**728 Spice Island Dr**<br>**Sparks, NV 89431** | **Contract to provide security services.** |
| **Liberty Lock Protection**<br>**5470 W Sahara**<br>**Las Vegas, NV 89102** | **Contract to provide security services.** |
| **Metro Security**<br>**3315 Birtcher**<br>**Las Vegas, NV 89118** | **Contract to provide security services.** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Guardian Security Inc.**                                         Case No. _____

_____
Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Moana Apt c/o Notting Hill Gate<br>4540 Hazeltone #6<br>Sherman Oaks, CA 91423 | Contract to provide security services. |
| MSE Corporation<br>10 County Line Rd,<br>Suite 20<br>Somerville, NJ 08876 | Contract to provide security services. |
| Network Multi Family<br>4221 W John Carpenter Pkwy<br>Irving, TX 75063 | Contract to provide security services. |
| Network Professional<br>855 W Seventh St Ste 5<br>Reno, NV 89503 | Contract to provide security services. |
| O'Aces Bar and Grill<br>3003 N Rainbow<br>Las Vegas, NV 89108 | Contract to provide security services. |
| Patagonia<br>PO Box 32060<br>Reno, NV 89533 | Contract to provide security services. |
| Petsmart<br>9175 Mona Blvd<br>Reno, NV 89506 | Contract to provide security services. |
| Protection One<br>120 E 1st St<br>Second Floor<br>Wichita, KS 67202 | Contract to provide security services. |
| Q&D Construction<br>PO Box 10865<br>Reno, NV 89510 | Contract to provide security services. |
| Rainbow Market<br>1225 Commerce St<br>Sparks, NV 89431 | Contract to provide security services. |
| Rainbow Market #4<br>1501 Vasser<br>Reno, NV 89502 | Contract to provide security services. |
| Rainbow Market #7<br>4696 Sun Valley Blvd<br>Sun Valley, NV 89433 | Contract to provide security services. |
| Rebel Oil<br>2200 S Highlander Dr<br>Las Vegas, NV 89102 | Contract to provide security services. |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Guardian Security Inc.**                                                                    Case No. _____
                                                                                    Debtor

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Scolaris**<br>255 S McCarran Blvd<br>Sparks, NV 89431 | Contract to provide security services. |
| **Sierra Health Services**<br>PO Box 15645<br>Las Vegas, NV 89114 | Contract to provide security services. |
| **Signature Homes Copper Creek**<br>801 S Rancho Dr, Ste 4<br>Las Vegas, NV 89106 | Contract to provide security services. |
| **Signature Homes Mira Vista**<br>801 S Rancho Dr, Ste 4<br>Las Vegas, NV 89106 | Contract to provide security services. |
| **Signature Homes Mountain View**<br>801 S Rancho Dr, Ste 4<br>Las Vegas, NV 89106 | Contract to provide security services. |
| **Signature Rancho Martillo**<br>801 S Rancho Dr Ste 4<br>Las Vegas, NV 89106 | Contract to provide security services. |
| **Signature Solana Community**<br>801 S Rancho Dr. Ste 4<br>Las Vegas, NV 89106 | Contract to provide security services. |
| **Stateside Lounge**<br>905 N Las Vegas Blvd<br>Las Vegas, NV 89101 | Contract to provide security services. |
| **Susan Bastianelly**<br>2008 Gray Eagle Way<br>Las Vegas, NV 89117 | Office lease.  Lease expires August 2005 |
| **Tanamera Apt Homes**<br>900 S Meadows Parkway<br>Reno, NV 89511 | Contract to provide security services. |
| **The Family Center**<br>455 E 500 South Garden<br>Salt Lake City, UT 84111 | Contract to provide security services. |
| **The Lakes Association**<br>PO Box 80900<br>Las Vegas, NV 89180 | Contract to provide security services. |
| **The North Virginian Apts**<br>445 Apple St, Ste 210<br>Reno, NV 89502 | Contract to provide security services. |

Sheet __4__ of __5__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Guardian Security Inc.**                                              Case No. _____

_____
                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **The Villager Apts**<br>**455 Apple St, Ste 210**<br>**Reno, NV 89502** | **Contract to provide security services.** |
| **Tri-Partners Builders Inc**<br>**2450 Tempo Valley Road**<br>**Reno, NV 89512** | **Contract to provide security services.** |
| **Villagio Home Owners Assoc**<br>**720 S 4th St #201**<br>**Las Vegas, NV 89101** | **Contract to provide security services.** |
| **Wash & Shop**<br>**2881 E Bonanza Rd**<br>**Las Vegas, NV 89101** | **Contract to provide security services.** |
| **William Lyons Homes Inc**<br>**500 Pilot Rd Ste G**<br>**Las Vegas, NV 89119** | **Contract to provide security services.** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Guardian Security Inc.**                                                          Case No. _____

_____
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **GSI Security**<br>**4820 Alpine Place A-100**<br>**Las Vegas, NV**<br>  **No longer in business** | **United States Department of Labor**<br>**71 Stevenson Street, Suite 1110**<br>**San Francisco, CA 94105-2999** |

**0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## District of Nevada

In re    **Guardian Security Inc.**

Debtor(s)

Case No.

Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**23**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 2, 2004**

Signature _____

**Raul Diaz**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form 7
(9/00)

# United States Bankruptcy Court
### District of Nevada

In re    **Guardian Security Inc.**
                                          Case No.
                            Debtor(s)        Chapter    11

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$2,453,062.00** | **Income from operation of business 2002 (gross receipts)** |
| **$4,110,948.00** | **Income from operation of business 2003 (gross receipts)** |
| **$3,200,000.00** | **2004 Year to date (gross receipts)** |

**2. Income other than from employment or operation of business**

None ■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                  SOURCE

2

### 3. Payments to creditors

None
☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Susan Bastianelli<br>2008 Gray Eagle Way<br>Las Vegas, NV 89117 | Office lease<br>August $5,500<br>September $5,500<br>October $5,500 | $16,500.00 | $0.00 |
| Nevada Power<br>6626 W Sahara Ave<br>Las Vegas, NV | August $438.96<br>September $549.43<br>October $932.75 | $1,921.14 | $0.00 |
| M Power<br>PO Box 36430<br>Las Vegas, NV 89133 | August $315.85<br>September $300.43<br>October $295.86 | $912.14 | $0.00 |
| SBC<br>PO Box 989045<br>West Sacramento, CA 95798 | October 23 $516.43<br>September 23 $516.72<br>September 10 $509.99 | $1,543.14 | $0.00 |
| Premium Financing Specialist<br>1115 E Westview Ct #104<br>Spokane, WA 99218 | October 20 $5,503.47<br>October 18 $6,363.23<br>September 23 $5,778.39 | $17,645.09 | $0.00 |
| Berkley Regional Insurance Co<br>PO Box 939<br>Pierre, SD 57501 | October 19 $4,050<br>September 13 $13,762<br>September 3 $13,762 | $31,574.00 | $0.00 |
| Advanta Bank Corp<br>PO Box 8088<br>Philadelphia, PA 19101 | September 8 $176<br>September 23 $470.53<br>October 5 $300 | $946.53 | $0.00 |
| DeSutter, Kerr & Associates<br>5114 Okeechobe Blvd Suite 109<br>Miami, FL 33147 | September 8 $2,412.34 | $2,412.34 | $0.00 |
| Sprint Cellular<br>PO Box 79357<br>City Of Industry, CA 91716 | September 13 $2,786.98 | $2,786.98 | $0.00 |
| Fronier Radio<br>270 Pamalyn Ave #800<br>Las Vegas, NV 89119 | October 18 $134.36<br>October 6 $1,720<br>September 8 $1,720 | $3,574.36 | $0.00 |
| Innovative Business Solutions<br>4045 S Buffalo<br>Las Vegas, NV 89147 | October 6 $408<br>September 10 $408 | $816.00 | $0.00 |
| Chevron<br>PO Box 9560<br>Concord, CA 94524 | October 21 $1,208<br>September 24 $919.05 | $1,947.05 | $0.00 |
| Shell<br>P.O. Box 9151<br>Des Moines, IA 50368-9151 | September 16 $1,028<br>September 1 $919.05 | $1,947.05 | $0.00 |
| Littler Mendelson<br>PO Box 45547<br>San Francisco, CA 94145 | September 29 $216.90<br>September 1 $619.07 | $835.97 | $0.00 |
| State Farm Insurance<br>2700S Sunland Drive<br>Tempe, AZ 85282 | September 2 $2,055.77<br>September 2 $566 | $2,621.77 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| AM PM | October 28 $1,000<br>October 22 $1,000<br>October 15 $1,000 | $3,000.00 | $0.00 |
| Arco Gas Pro<br>PO Box 9033<br>Columbia City, OR 97018 | September 30 $500<br>August 20 $500<br>August 2 $500 | $1,500.00 | $0.00 |
| Enterprise Fleet Services<br>8290 S Arville<br>Las Vegas, NV 89139 | September 21 $11210.43<br>September 27 $9,140.25 | $20,350.68 | $0.00 |
| State Compensation Insurance Fund<br>San Francisco, CA 94120 | October 1 $4,964.36<br>September 1 $4,629.73 | $9,594.09 | $0.00 |
| Employment Development Department<br>PO Box 826288<br>Sacramento, CA 94230 | October 21 $370.94<br>September 29 $208.18<br>September 10 $1,998.66 | $2,577.78 | $0.00 |
| Internal Revenue Service<br>Ogden, UT 84201 | | $12,205.73 | $0.00 |
| State of Nevada Dept of Employment<br>500 E Third St<br>Carson City, NV 89713 | October 15 $2,000<br>October 15 $2,000<br>October 7 $3,780<br>September 17 $3,780<br>September 1 $3,780<br>August 20 $3,755 | $17,095.00 | $0.00 |
| Uniform and Accessories Warehouse<br>PO Box 370670<br>Reseda, CA 91337 | October 6 $213.29<br>September 16 $252<br>September 10 $331.55 | $796.84 | $0.00 |
| Triad Financial Corp<br>P.O. Box 3299<br>Huntington Beach, CA 92605 | October 28 $407.99<br>September 16 $402.99<br>September 1 $402.99 | $1,213.97 | $0.00 |
| Primus Financial<br>PO Box 680020<br>Franklin, TN 37068 | October 19<br>September 1<br>August 5 | $1,200.96 | $0.00 |
| Primus Financial<br>PO Box 37068<br>Franklin, TN 37068 | October 19 $415.32<br>September 1 $400.32<br>August 5 $400.32 | $1,215.96 | $0.00 |
| Nuvell Credit Corp<br>PO Box 2365<br>Memphis, TN 38101 | September 17 $402.99<br>August 16 $402.99 | $805.98 | $0.00 |
| State Farm Insurance<br>2700 South Sunland Drive<br>Tempe, AZ 85282 | 2 vehicle policies<br>September 2 $2055.77 and 566.02<br>August 3 $2055.77 and 566.02 | $5,243.58 | $0.00 |

None   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who
■     are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or
     not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Dept of Labor v. GSI Inc, Guardian Security, Kenneth Wilson, Raul Diaz, Belinda Thomas CV-S-03-1167-RCH-LRL** | | **US District Court for the District of NV** | **Trial to begin 2005** |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Internal Revenue Service Ogden, UT 84201** | **10-14-04** | **Accounts Receivables and Bank Accounts** |

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ☐   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Internal Revenue Service Ogden, UT 84201** | **March 6, 2004** | **Levy of account receivables** |
| **Internal Revenue Service Ogden, UT 84201** | **Oct 14, 2004** | **Levy of account receivables** |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None**
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| LAVELLE & JOHNSON, P.C.<br>3016 W. Charleston Blvd., Suite 210<br>Las Vegas, NV 89102 | October 28, 2004 | $13,339 |
| Victor A Latham<br>1850 17th St # 212<br>Santa Ana, CA 92705 | July 25, 2004 | $2,500 |

### 10. Other transfers

**None**
■

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

**None**
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

#### 14. Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

#### 15. Prior address of debtor

None ■

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

#### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

#### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following; an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None □ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Dennis K. Meservey**<br>**819 Las Vegas Blvd South**<br>**Las Vegas, NV 89101** | **April 2004 to present** |

8

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                  ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                      DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                   NATURE OF INTEREST                   PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE |  |

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                              ADDRESS                              DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                   TITLE                   DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **November 2, 2004**        Signature _____
                                     **Raul Diaz**
                                     **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## United States Bankruptcy Court
### District of Nevada

In re   **Guardian Security Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept............ . | $ | 13,339.00 |
| Prior to the filing of this statement I have received...... | $ | 13,339.00 |
| Balance Due  ..  ......... .. | $ | 0.00 |

2.  The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 2, 2004**

**Matthew L. Johnson, Esq. (6004)**
**LAVELLE & JOHNSON, P.C.**
**3016 W. Charleston Blvd., Suite 210**
**Las Vegas, NV 89102**
**Phone: (702) 822-2640  Fax: (702) 822-2650**

## United States Bankruptcy Court
### District of Nevada

In re    **Guardian Security Inc.**

_____

                         Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**None**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**November 2, 2004**_____      Signature_____

                                             Raul Diaz
                                           President

_Penalty for making a false statement or concealing property_:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## United States Bankruptcy Court
### District of Nevada

In re    **Guardian Security Inc.**
                                                            Case No.
                                          Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 2, 2004**

**Raul Diaz/President**
Signer/Title

Guardian Security Inc.
3100 S Valley View Blvd
Las Vegas, NV 89102

Matthew L. Johnson, Esq. (6004)
LAVELLE & JOHNSON, P.C.
3016 W. Charleston Blvd., Suite 210
Las Vegas, NV 89102

Arco Gas Pro
Acct No 210983657
PO Box 9033
Carlsbad, CA 92018

Berkley Regional Insurance
PO Box 939
Pierre, SD 57501

Chevron
Acct No 797-199-289-1
P.O. Box 2001
Concord, CA 94529-0001

DeSutter, Kerr & Associates
5114 Okeechobee Blvd # 109
West Palm Beach, FL 33417

Employment Development Dept - CA
Acct No 231-8603-4
Sacramento, CA 94230

Employment Security Division
Acct No 206791.00
Las Vegas, NV

Enterprise Fleet Service
8290 S Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

```
Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139
```

Enterprise Fleet Service
Acct No 223778
8290 S. Arville
Las Vegas, NV 89139

Frontier Radios
Acct No 27365
Las Vegas, NV 89109

GC Services Limited Partnership
Acct No 920567311
PO Box 7850
Baldwin Park, CA 91706

Internal Revenue Service
Acct No 45-0472762
Ogden, UT 84201

Littler Mendelson
Acct No 046726-1002
PO Box 45547
San Francisco, CA 94145-0547

M Power Communications
Las Vegas, NV 89133

Nuvell Credit Corp
Acct No 033300206555
PO Box 2365
Memphis, TN 38101

NV Power
Las Vegas, NV

Premium Financial
1115 E Westvieww Court #104
Spokane, WA 99218

Primus Financial
Acct No 35585805
PO Box 680020
Franklin, TN 37068

Primus Financial
Acct No 35585620
PO Box 680020
Franklin, TN 37068

Richard Bouldin
5700 Sligo St
Las Vegas, NV 89130

SBC
PO Box 989045
West Sacramento, CA 95798

Shell
Acct No 652-565-250
PO BOX 790071
Houston, TX 77279-0071

Sprint PCS
Acct No 0165838547-4
PO Box 79357
City Of Industry, CA 91716-9255

Triad Financial
Acct No 400-001-5201280-0001
PO Box 3299
Huntington Beach, CA 92605-3299

United States Department of Labor
71 Stevenson Street, Suite 1110
San Francisco, CA 94105-2999