Matthew L. Johnson (6004)
LAVELLE & JOHNSON, P.C.
3016 W. Charleston Blvd., Suite 210
Las Vegas, NV 89102
Phone : (702) 822-2640
Fax : (702) 822-2650
Email : mjohnson@lavellejohnson.com

Attorneys for Debtor

Nov 16  11 37 AM '04

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:                                    )   Case No.: BK-S-04-21228-BAM
                                          )   Chapter:  11
GUARDIAN SECURITY, INC.,                  )   Trustee:  Stan Pack
                                          )
                    Debtor.               )
                                          )

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( ) Petition (must be signed by debtor *and* attorney for debtor per Fed.R. Bankr.P.9011)

( ) Summary of Schedules

( ) Schedule A - Real Property

( ) Schedule B - Personal Property

( ) Schedule C - Property Claimed as Exempt

(X) Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

    (X) Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

    (X) Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

*Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( ) Schedule G - Schedule of Executory Contracts & Expired Leases

( ) Schedule H - Codebtors

( ) Schedule I - Current Income of Individual Debtor(s)

( ) Schedule J - Current Expenditures of Individual Debtor(s)

( ) Statement of Financial Affairs

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

_____          _____
**Debtor's Signature**                   **Joint Debtor's Signature**

Date: 11/10/04                           Date: _____

(Revised 4/19/04)

#169403 $26.00

In re   Guardian Security Inc.                                              Case No.  BK-S-04-21228-BAM
                                         Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Employer's Insurance Compnay of Nevada<br>2550 Paseo Verde Parkway<br>Henderson, NV 89074 | | - | Workers' compensation insurance | | | X | 200,000.00 |
| Account No. 27365<br><br>Frontier Radios<br>270 Pamalyn Avenue, Suite 800<br>Las Vegas, NV 89119 | | - | Radio antenna | | | | 3,420.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

|   |   |
|---|---|
| Subtotal (Total of this page) | 203,420.00 |
| Total (Report on Summary of Schedules) | 203,420.00 |

__0__ continuation sheets attached

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                           S/N:28002-021205   Best Case Bankruptcy